UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL SACK, | ) |
| | ) |
| Plaintiff, | ) Case No. 4:23-cv-952 |
| | ) |
| v. | ) |
| | ) |
| CITY OF ST. LOUIS *et al.*, | ) |
| | ) |
| Defendants. | ) |

### MOTION TO WITHDRAW AS COUNSEL

COMES NOW Deputy City Counselor Andrew Wheaton, and for his Motion to Withdraw as Counsel states as follows:

1. I have accepted a position in private practice and resigned my position with the City of St. Louis effective December 19, 2024.

2. Assistant City Counselor Morgan Henry remains as counsel of record in this case for Defendants. Associate City Counselor Curtis Wilson has also recently been assigned to this matter as additional counsel of record, and I expect that he will enter his appearance in this case shortly.

3. I therefore respectfully request leave to withdraw as counsel of record.

WHEREFORE, and for the foregoing reasons, I respectfully request that the Court enter an order granting this motion and terminating me as counsel of record in this case.

Dated: December 9, 2024

        Respectfully submitted,
SHEENA HAMILTON
CITY COUNSELOR

*/s/ Andrew Wheaton*
Andrew Wheaton, 65269 MO
Deputy City Counselor
wheatona@stlouis-mo.gov
1200 Market St.
City Hall, Rm 314
St. Louis, MO 63103
314-622-4594

**CERTIFICATE OF SERVICE**

    I hereby certify the foregoing was electronically filed on December 9, 2024, with the Court for service by means of Notice of Electronic Filing upon all attorneys of record.

        /s/ Andrew Wheaton