# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 25-3044

Michael Sack

Plaintiff - Appellee

v.

City of St. Louis; Mayor Tishaura O. Jones, in her individual capacity; Daniel Isom, in his individual capacity

Defendants - Appellants

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:23-cv-00952-SEP)

## JUDGMENT

Before COLLOTON, Chief Judge, ERICKSON, and GRASZ, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the order of the district court denying the motion to dismiss based on qualified immunity in this cause is affirmed in accordance with the opinion of this Court.

September 04, 2026

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Susan E. Bindler